**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| DAVE KERR ) | Case No. 3:22-cv-00660-RGJ-RSE |
|    PLAINTIFF ) | |
| AND ) | |
| BUSINESSFIRST INSURANCE CO. ) | |
|    INTERVENING PLAINTIFF ) | |
| V. ) | |
| NARCISO TRESS ) | |
| AND ) | |
| FEDEX FREIGHT, INC. ) | REMOVED FROM: |
| ) | JEFFERSON CIRCUIT COURT |
|    DEFENDANTS ) | CASE NO. 22-CI-006078 |

---

**INTERVENING PLAINTIFF'S INITIAL FED. R. CIV. P. 26(a)(1)(A) DISCLOSURE**

Comes the putative Intervening Plaintiff, BusinessFirst Insurance Co. (hereinafter "BusinessFirst"), by counsel, and for its Initial Disclosure pursuant to Fed. R. Civ. P. 26(a)(1)(A), states as follows:

1. The names of individuals likely to have discoverable information are as follows:

    a. Any individual named by Plaintiff;

    b. Any individual named by Defendants;

    c. Representatives of BusinessFirst Insurance Co., to be determined;

  d. Representatives of Resolution Services, Inc., to be determined;

  e. Any other expert, medical and/or lay witness necessary to verify BusinessFirst's workers' compensation subrogation lien of BusinessFirst.

  e. Any and all witnesses for rebuttal purposes.

2.  Documents pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii) (these documents will be produced under separate cover to the extent required, upon receipt by counsel for the Intervening Plaintiff:

  a. All documents produced by Plaintiff;

  b. All documents produced by Defendants;

  c. Various workers' compensation documents, including, but not limited to, payment printouts regarding Plaintiff's workers' compensation claim, underlying medical bills, underlying medical records and reports, other documentation of payments made and owed in connection with the Plaintiff's workers' compensation claim, any workers' compensation settlement or benefit award, and any other workers' compensation documents to be determined;

  d. Any and all depositions taken in the course of discovery in this case;

  e. Any and all depositions taken in the course of Plaintiff's workers' compensation claim;

  f. Any and all experts used in Plaintiff's workers' compensation claim;

  g. Any and all expert reports introduced in the course of litigation;

  h. Any and all exhibits identified by the other parties;

  i. Any other exhibits necessary for rebuttal purposes.

The Intervening Plaintiff continues to investigate, and gather evidence and records, and Intervening Plaintiff reserves the right to supplement as discovery has not been completed

3. Intervening Plaintiff's computation of damages pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii):

    a. Plaintiff's past lost wages: Intervening Plaintiff claims Plaintiff's past lost wages to the extent it has paid workers' compensation temporary total and/or permanent disability benefits for past dates and to the extent any payment has been or will be made as a liquidated present payment in exchange for waiver by Plaintiff of his past income benefit rights in the workers' compensation claim;

    b. Lost capacity to labor and earn money: Intervening Plaintiff claims Plaintiff's lost capacity to labor and earn money to the extent it has paid, or may otherwise be liable for, future income benefits for impairment and/or disability in the workers' compensation claim, and to the extent any payment has been or will be made as a liquidated present payment in exchange for waiver by Plaintiff of his future income benefit rights in the workers' compensation claim;

    c. Plaintiff's past medical expenses: The Intervening Plaintiff claims Plaintiff's past medical expenses to the extent that they were paid by it in Plaintiff's workers' compensation claim, and to the extent any payment has been or will be made as a liquidated present payment in exchange for waiver by Plaintiff of his past medical rights in the workers' compensation claim;

    d. Plaintiff's future medical expenses: The Intervening Plaintiff claims Plaintiff's future medical expenses to the extent that it is or may be liable for Plaintiff's

future medical expenses regarding the claim and to the extent any payment has been or will be made as a liquidated present payment in exchange for waiver by Plaintiff of his future medical rights in the workers' compensation claim.

4. Any insurance pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv):

Other than insurance held by the Defendants and Plaintiff's employer's workers' compensation insurance, Intervening Plaintiff is unaware of any other liability policies that may be applicable.

Respectfully submitted,

*/s/Stanley S. Dawson*
Stanley S. Dawson
FULTON DEVLIN AND POWERS, LLC
1315 Herr Lane, Suite 210
Louisville, KY 40222
Telephone (Direct): (502) 813-7804
Facsimile (Direct): (502) 813-7811
SSD@fdp.legal
*Counsel for Intervening Plaintiff, BusinessFirst Insurance Co.*

CERTIFICATE OF SERVICE

I hereby swear or affirm that on February 10, 2023, the foregoing pleading was filed with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to those who have made an appearance before the Court in this case via electronic mail, or by regular mail, postage prepaid addressed to the following:

Cherry Henault
1601 Business Center Court
Louisville, KY 40299
Cherry.Henault@isaacsandisaacs.com
Whitney.rudie@isaacsandisaacs.com
Phone: (502) 458-1000
Fax: (502) 785-7567
*Counsel for Plaintiff, Dave Kerr*

Gene F. Zipperle, Jr.
Kalenga B. Maweja
Ward, Hocker & Thornton, PLLC
Hurstbourne Place, Suite 700
9300 Shelbyville Road
Louisville KY 40222
T: 502.583.7012
F: 502.582.7018

        GZipperle@whtlaw.com
        Kalenga.Maweja@whtlaw.com
        *Counsel for Defendants*

/s/ Stanley S. Dawson
_____
Stanley S. Dawson

```
Run Date: 12/01/22                                  Payment History                                Page:    1
Run Time: 13:36:32   User: RPARDUE                                                   WSID: QPADE   Prog: SCI090

Claim Number....   KY 0521 21 13194 0000 261847 00

Client.......... Machine and Component Industries, Inc.
Employee........ KERR, DAVID                             Date Closed....
Inj. Desc./Date FRACT THUMB STRUK     12/15/21           Date Reopened..  11/29/22

           Check                        Service                                                Pmt   Pmt  Cmp
Date/Number/Clrd./Code/Amount    From Dte / To Dte    Bill Dte   Payee Name                    Typ   Cd.  Typ   Weeks/Days   Remarks

11/30/22  256825 N C    2,557.05   11/29/22  11/29/22  11/29/22  DAVID KERR                    MED   27   LS
11/30/22  256819 N C    9,942.95   11/29/22  11/29/22            DAVID KERR                    CMP   11   LS
 9/12/22   30888 N E      120.00    7/25/22   7/25/22   7/29/22  KLEINERT KUTZ & A             MED   21   TT
 8/29/22   29812 N E      250.51   12/15/21  12/15/21   7/24/22  UOFL PHYSICIANS E             MED   21   TT
 6/06/22   24235 N E      263.69   12/15/21  12/15/21   4/27/22  SOUTHEASTERN EMER             MED   21   MO
 6/03/22   24000 N E      114.00    4/19/22   4/19/22   4/28/22  KLEINERT KUTZ & A             MED   21   MO
 5/10/22   22552 N E      179.00    3/02/22   3/02/22   4/06/22  KLEINERT KUTZ & A             MED   21   MO
 4/29/22   21823 N E      258.00    2/15/22   2/15/22   3/22/22  KLEINERT KUTZ & A             MED   21   MO
 4/22/22   21410 N E      347.00    1/25/22   1/25/22   3/15/22  KLEINERT KUTZ & A             MED   21   MO
 3/21/22   19440 N E      935.14   12/15/21  12/15/21   2/05/22  MEDICAL CENTER EA             MED   22   MO
 3/01/22   18549 N E      175.20    1/18/22   1/18/22   1/26/22  KLEINERT KUTZ & A             MED   21   MO
 2/08/22   17495 N E       67.20   12/21/21  12/21/21  12/28/21  KLEINERT KUTZ & A             MED   21   MO
 2/04/22   17287 N E      355.02   12/15/21  12/15/21  12/24/21  KLEINERT KUTZ & A             MED   21   MO

Total For Period      $15,564.76        Number Of Checks Shown:   13       Total Weeks/Days:     0    0

           Medical Paid:
Physician Fees:         2,129.62               Total Comp Paid:   9,942.95
Hospital:                 935.14               Total Medl Paid:   5,621.81
Drugs:                       .00               Total Legl Paid:        .00
Medl. Transpor.:             .00               Total Misc Paid:        .00
Miscellaneous:          2,557.05
Medical Refunds:             .00
Subrogation:                 .00
```